UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Dianne Philyaw  CHAPTER 13
 CASE NO. 17-52477
Debtor,  JUDGE McIvor

_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the Plan was scheduled after due notice to the parties in interest. The Chapter 13 Trustee filed Objections to confirmation of the Plan that were subsequently resolved on the terms set out below. The parties have advised the court that the terms of this Order do not exactly match the form of Order negotiated and agreed up on at the Status Conference on November 2, 2017. This Court has been advised that the provisions of this Order correctly match the agreements of the parties and that the alterations to the form of Order originally negotiated at the Status Conference do not adversely affect any party not a signatory to this Order. The Court finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 USC Section 1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $ 0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,500.00 shall be paid by the Trustee as an administrative expense of this case at a rate of $3,500.00 per month.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X  The Term of Debtor's Chapter 13 Plan shall be extended to 60 months pursuant to the applicable commitment period of 60 months.

X  Creditors shall have until November 6, 2017 to object to the last Amended Chapter 13 Plan.

X   Effective June 1, 2022, Debtor's Plan payments shall increase to $1,029.67 per month.

X   Debtor is required to remit 100% of her net bonuses and profit sharing received during the case to the Trustee.

X   The Internal Revenue Service shall be paid pursuant to its filed proof of claim, and any amendments thereto. The secured portion of said claim shall be paid as a Class 5.1 Claim with interest at 4%. The priority claim shall be paid as a Class 7.3 Claim.

APPROVED:

\_\_/s/ Thomas D. DeCarlo\_\_
DAVID WM. RUSKIN (P26803)
CHAPTER 13 TRUSTEE
26555 Evergreen Road
1100 Travelers Towers
Southfield, MI 48076-4251
248-352-7755

APPROVED:

 /s/ Dario Ianni (P67517)
THE CAREY LAW GROUP, PC
ATTORNEY FOR DEBTOR
23930 Michigan Ave.
Dearborn, MI 48124
313-274-2999
 ecf@careylawgroup.net

OBJECTIONS WITHDRAWN:

\_\_/s/ Kevin R. Erskine (P69120)\_\_
KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan  48226
Phone: (313) 226-9610
Email: kevin.erskine@usdoj.gov

**Signed on November 14, 2017**



/s/ Marci B. McIvor

**Marci B. McIvor**
**United States Bankruptcy Judge**